Law Offices of Harvey I. Marcus
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
(HIM/8635)
HIM@lawmarcus.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

Mohammad J Ahmad,                         Case No. 18-13855 MBK
       Debtor(s).

_____

                                        Response to
                                        Objection of Trustee
                                         To Confirmation

                                        Hearing: May 8, 2018

Harvey I Marcus does hereby state:

     1. I am the attorney for Debtor and as such am familiar with the matters and things herein set forth.
     2. Debtor has filed a modified Plan to correct the mortgage arrears.
     Debtor will upload the current auto insurance.
     3. The objection must be rejected.

     I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

     Dated: April 23, 2018        /s/Harvey I Marcus
                                         Harvey I Marcus