Law Offices of Harvey I. Marcus
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
(HIM/8635)
HIM@lawmarcus.com
Attorney for Debtor(s)

              UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

Mohammed J Ahmad,                     Case No.  18-13855 MBK
       Debtor(s).

_____

                                         Response to
                                         Objection of DiTech Financial
                                          To Confirmation

                                         Hearing: May 8, 2018

Harvey I Marcus does hereby state:

      1. I am the attorney for Debtor and as such am familiar with the matters and things herein set forth.
      2. The objection states that the mortgage arrears are actually $244.82 higher than stated by Debtor.
      3. Debtor will adjust the arrears to pay them in full.
      3. The objection must be rejected.

      I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

      Dated: April 23, 2018        /s/ Mohammed J Ahmad
                                        Mohammed J Ahmad