UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 07663
him@lawmarcus.com
Tel. 800-792-5500
Fax. 888-565-0403
Attorney for Debtor(s)

Case No. 18-13855

Judge: MBK

Chapter 13

In Re:

Mohammad J Ahmad,
                    Debtor(s).

Recommended Local Form:        Followed        X   Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

The Undersigned Debtor(s) upon my oath according to law, hereby certifies as follows:
1. The below information is being supplied for compliance with the Confirmation date 9/11/2018
2. The undersigned Debtor(s) has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.
3. The undersigned Debtor(s) has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.
4. If the Confirmation hearing date stated in paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 4/5/2018                /s/ Mohammad J Ahmad
                                Mohammad J Ahmad

Dated:                           /s/

1