| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-13855 / MBK**

Mohammad J Ahmad

Petition Filed Date: 02/28/2018
341 Hearing Date: 04/05/2018
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/26/2018 | $685.00 | 47789510 | 04/25/2018 | $685.00 | 48584700 | 05/29/2018 | $685.00 | 49409300 |
| 06/26/2018 | $691.00 | 50173800 | 07/25/2018 | $691.00 | 50942300 | 08/27/2018 | $691.00 | 51808170 |
| 10/01/2018 | $691.00 | 52770370 | 10/01/2018 | ($691.00) | 52770370 | 10/02/2018 | $691.00 | 52770370 |
| 10/29/2018 | $884.00 | 53390350 | 11/26/2018 | $884.00 | 54163430 | 12/27/2018 | $884.00 | 54911770 |

**Total Receipts for the Period: $7,471.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $7,471.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Mohammad J Ahmad | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HARVEY I MARCUS ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | DITECH FINANCIAL LLC<br>»» 7 WILSON AVE/1ST MTG/ORDER 9/27/2018 | Mortgage Arrears | $30,689.59 | $4,146.55 | $26,543.04 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» AMEX/DC-021244-09 | Unsecured Creditors | $7,076.18 | $0.00 | $7,076.18 |
| 3 | LVNV FUNDING, LLC<br>»» NEW CENTURY/JUDGMENT DJ-232813-10 | Unsecured Creditors | $6,078.03 | $0.00 | $6,078.03 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,471.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $6,146.55 | Current Monthly Payment: | $884.00 |
| Paid to Trustee: | $502.33 | Arrearages: | $193.00 |
| Funds on Hand: | $822.12 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**