| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | Order Filed on October 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-13855<br><br>Chapter: 13<br><br>Hearing Date:<br>September 3, 2019 at 9:00 AM<br><br>Hon. Judge:<br>Michael B. Kaplan |
| In Re:<br><br>Mohammad J Ahmad<br><br>Debtor(s) | |

# ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 15, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Harvey I. Marcus |
| Property Involved("Collateral"): | 7 Wilson Avenue, Township of Woodbridge, NJ 08830 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for **2** months, from **August 1, 2019** to **September 1, 2019**.
    - The Debtor is overdue for **2** payments at **$1,335.68** per month.
    - Less Funds held in debtor(s) suspense **$850.40**.

    Total Arrearages Due: **$1,820.96**

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on **October 1, 2019**, additional monthly cure payments shall be made in the amount of **$303.50** for **6** months.
    - Beginning on **October 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$1,335.68**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address(es):

    - ✓ Payments:    BSI Financial Services
                      314 S. Franklin Street
                      P.O. Box 517
                      Titusville, PA 16354

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the

payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

- ✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.