| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-13855 / MBK**

Mohammad J Ahmad

Petition Filed Date: 02/28/2018
341 Hearing Date: 04/05/2018
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $884.00 | 55671400 | 02/26/2019 | $884.00 | 56490640 | 03/26/2019 | $884.00 | 57283610 |
| 04/25/2019 | $884.00 | 58053420 | 05/28/2019 | $884.00 | 58863550 | 06/26/2019 | $884.00 | 59647350 |
| 07/25/2019 | $884.00 | 60376880 | 09/03/2019 | $884.00 | 61430060 | 09/25/2019 | $884.00 | 61987140 |
| 10/25/2019 | $884.00 | 62762870 | 11/25/2019 | $884.00 | 63540010 | 12/27/2019 | $884.00 | 64281800 |

**Total Receipts for the Period:  $10,608.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $18,963.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Mohammad J Ahmad | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HARVEY I MARCUS ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | US BANK TRUST<br>»»  7 WILSON AVE/1ST MTG/ORDER 9/27/2018/DITECH | Mortgage Arrears | $30,689.59 | $14,465.76 | $16,223.83 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  AMEX/DC-021244-09 | Unsecured Creditors | $7,076.18 | $0.00 | $7,076.18 |
| 3 | LVNV FUNDING, LLC<br>»»  NEW CENTURY/JUDGMENT DJ-232813-10 | Unsecured Creditors | $6,078.03 | $0.00 | $6,078.03 |
| 4 | US BANK TRUST<br>»»  7 WILSON AVE/ORDER 10/15/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13855 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,963.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $16,996.76 | Current Monthly Payment: | $884.00 |
| Paid to Trustee: | $1,145.89 | Arrearages: | $193.00 |
| Funds on Hand: | $820.35 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**