| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-13855 / MBK**

Mohammad J Ahmad

Petition Filed Date: 02/28/2018
341 Hearing Date: 04/05/2018
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $884.00 | 65073920 | 02/25/2020 | $884.00 | 65844550 | 03/27/2020 | $884.00 | 66616090 |
| 04/27/2020 | $884.00 | 67409910 | 05/26/2020 | $884.00 | 68144320 | 06/25/2020 | $884.00 | 68879360 |
| 07/24/2020 | $884.00 | 69613080 | 08/25/2020 | $884.00 | 70350030 | 09/28/2020 | $884.00 | 71092690 |
| 10/26/2020 | $884.00 | 71829760 | 11/25/2020 | $884.00 | 72571350 | 12/28/2020 | $884.00 | 73310570 |
| 01/25/2021 | $884.00 | 74025990 | | | | | | |

**Total Receipts for the Period: $11,492.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,571.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mohammad J Ahmad | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HARVEY I MARCUS ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | US BANK TRUST<br>»»  7 WILSON AVE/1ST MTG/ORDER 9/27/2018/DITECH | Mortgage Arrears | $30,689.59 | $24,165.90 | $6,523.69 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  AMEX/DC-021244-09 | Unsecured Creditors | $7,076.18 | $0.00 | $7,076.18 |
| 3 | LVNV FUNDING, LLC<br>»»  NEW CENTURY/JUDGMENT DJ-232813-10 | Unsecured Creditors | $6,078.03 | $0.00 | $6,078.03 |
| 4 | US BANK TRUST<br>»»  7 WILSON AVE/ORDER 10/15/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13855 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,571.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $26,696.90 | Current Monthly Payment: | $884.00 |
| Paid to Trustee: | $2,044.02 | Arrearages: | $193.00 |
| Funds on Hand: | $830.08 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**