FILED
JEANNE A. NAUGHTON, CLERK

MAY - 9 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Mohammad J Ahmad
7 Wilson Avenue
Iselin, NJ 08830
Social Security No:
xxx-xx-4543

Case No.:    18-13855-MBK

Chapter:    13

Judge:    Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Mohammad J Ahmad _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 05/02/2023 _____

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*

RECEIVED

MAY 08 2023

AT 8:30

CLERK, U.S. DISTRICT COURT - DNJ

DV DANIELS NJ 070

6 MAY 2023 PM 4 L

District of New Jersey
402 East State Street
Trenton, NJ 08608

08608-150798

Mohammad J. Ahmad
7 Wilson Ave
Iselin, NJ 08830